

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2015

No. 04-14-00781-CV

**CITY OF SHAVANO PARK,**
Appellant

v.

**ARD MOR, INC.,** Texas Ardmor Properties, L.P., and Texas Ardmor Management, LLC,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10796
Honorable Richard Price, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

The court has determined that oral argument may be of benefit to the court. Therefore, the above cause has been set for formal submission before this court and oral argument on June 24, 2015 at 2:00 p.m., before a panel consisting of Chief Justice Marion, Justice Martinez, and Justice Alvarez.

Argument is limited to twenty (20) minutes each side and ten (10) minutes for appellants' rebuttal. If you do not wish to present argument, you must notify this court in writing within seven (7) days of receiving this notice.

**PER CURIAM**

Attested to: _____
Keith E. Hottle
Clerk of Court